United States District Court
Southern District of Texas
**ENTERED**
October 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:10--00459-2, 4, 5, 6 |
| | § | 4:07-cr-00275 |
| JOSE ALBERTO BOLANOS-GARZA | § | |
| JOSE FUENTES | § | |
| PATIRCIA HOLGUIN | § | |
| MAURICIO MERCADO | § | |

## ORDER RESETTING SENTENCING

At the request of the United States, the disclosure date of each defendant is hereby reset.

1. The Pre-Sentence Report (PSR) will be disclosed to counsel September 12, 2022.

2. Counsel will file objections or a statement or no objection on or before October 3, 2022.

3. The Probation Office will submit the final PSR with an addendum 7 days before sentencing.

4. The sentencing will need to be reset to October 24, 2022 at 10:00 a.m.

The Clerk shall enter this Order and provide a copy to all parties.

It is so ORDERED.

SIGNED on this 8th day of October, 2021.

_____
Kenneth M. Hoyt
United States District Judge